United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMELIA TIJERINA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B: 13-136 |
| | § | |
| TEXAS ROADHOUSE, INC., | § | |
|     Defendant. | § | |

## ORDER

On June 12, 2015, the parties filed an agreed judgment of dismissal with prejudice. Dkt. No. 48.

The Court orders that this case be dismissed with prejudice. Each party shall bear its own costs.

DONE at Brownsville, Texas, on ____Jun 15____, 2015.

Andrew S. Hanen
United States District Judge

1